the Claim of EVA POTTER REMINGTON, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of FREDERICK REMINGTON, a Son, v. BRIGGS BROS. & COMPANY, Employer, and THE LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of the Claim for Compensation, under the Workmen's Compensation Law, Made by FRANK J. COOK (Estate of FRANK J. COOK), Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant. In the Matter of the Claim for Compensation, under the Workmen's Compensation Law, Made by MARGARET COOK, Respondent, for the Death of Her Husband, FRANK J. COOK, Deceased, against THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

HELEN READE, Appellant, v. LAURA TYRRELL and Another, Respondents. — Order unanimously affirmed, with ten dollars costs and disbursements to abide the event.

ALICE J. STYLES, Appellant, v. HENRY L. SHAVER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, on condition that the plaintiff, within thirty days, gives an undertaking in the penal sum of $250, to be approved by a justice of the Supreme Court, for the security of all costs hereafter accruing and for which she may be liable, or, at her option, by a deposit of $250 in lieu of such undertaking. All concurred, except Lyon and Woodward, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of the Claim of FRANCES L. TAYLOR, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of FRANK O. TAYLOR, v. ANSCO COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTY CORPORATION, LIMITED, Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent: In the Matter of the Claim of CARL ROSEN, Respondent, for Compensation under the Workmen's Compensation Law, v. JACOB JACOBOWITZ, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON PHILIP RATNER, Relator, v. PLINY T. SEXTON and Others, as and Constituting the Board of Regents of the University of the State of New York, Respondents.— Determination unanimously confirmed, and stay vacated, with fifty dollars costs and disbursements. Kellogg, P. J., not sitting.